UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>Jose Soberanes-Gutierrez )<br>)<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08mj2188<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 10305298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Juan Carlos Zuniga-Zuniga

DATED: 8-14

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
        DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
                    Deputy Clerk