UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj2198 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jose Soberanes-Gutierrez | ) | Booking No. 10305298 |
| Defendant(s) | ) | |

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Raul Quinoz-Iniestra

DATED: 8-14-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk