FILED
AUG 1 4 2008
CLERK, DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2747-IEG |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) – Transportation of Illegal Aliens and Aiding and Abetting |
| JOSE SOBERANES-GUTIERREZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 15, 2008, within the Southern District of California, defendant JOSE SOBERANES-GUTIERREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Trancito De Jesus Reina-Rivera, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: August 14, 2008

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
8/6/08