AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED  
AUG 1 4 2008  
CLERK, U.S. DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA  
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE SOBERANES-GUTIERREZ | CASE NUMBER 08CR2747-IEG / 08mj 2188 |

I, JOSE SOBERANES-GUTIERREZ, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on July 31, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Soberanes Gutierrez_  
Defendant

_Julie A Blair_  
Defense Counsel

Before _____  
Judicial Officer